Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218

 

U.S. POSTAGE PAID
FCM LG ENV
GATE CITY, VA
24251
DEC 28, 18
AMOUNT
**$1.13**
R2305K140577-04

1000    24210


REVER
USA
Barn Swallow

Clerk
United States Western District of VA
180 W Main St., Rm. 104
Abingdon, VA 24210