MEMO

December 28, 2018

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 24 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Rust
DEPUTY CLERK

RE: Concealment of residential address

To the Clerk of the Court:

Due to an active Protective Order I have against a resident of NY which protects all members of my household, please conceal my address and county of residence. I participate in Virginia's Address Confidentiality Program (§2.2-515.2).

My residential address is:

208 Don Whitehead Dr., Apt. 49

Appalachia, Virginia 24216

The county in which I reside is: Wise County

Thank you,

*/s/ Melinda Scott*

Melinda Scott