CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 24 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT, | |
| Plaintiff, | Case No. 2:19CV5 |
| v. | **ORDER** |
| JOSHUA MOON, ET AL., | By: James P. Jones<br>United States District Judge |
| Defendants. | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The Application to Proceed without Prepayment of Fees or Costs is GRANTED;

2. The Complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. The Clerk shall close the case.

ENTER: January 24, 2019

/s/ James P. Jones
United States District Judge