## IN THE WESTERN DISTRICT COURT OF VIRGINIA

### BIG STONE GAP/ABINGON DIVISION

CLERKS OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 3 0 2019

JULIA C. DUDLEY, CLERK

BY: _____

DEPUTY CLERK

MELINDA SCOTT,           )
                         )
PLAINTIFF,               )
                         )
V.                       )          CL. NO. 2:19cv00005
                         )
JOSHUA MOON, ET AL       )
                         )
DEFENDANT.               )

### NOTICE OF APPEAL

COMES NOW the Plaintiff, in accordance with Rule 3 and files this Notice of Appeal in the above named case. The above named case was dismissed on January 25, 2019. This notice is being timely filed in accordance with Rule 4.

The appeal is being filed on behalf of Plaintiff Melinda Scott. The Order being appealed is 2:19CV5. The part of the dismissal being appealed is (1) whether or not Plaintiff Scott has stated a claim against Defendant Moon for Appropriation, Publication of Private Information, and Defamation and (2) whether or not Plaintiff Scott has stated a claim against Defendant Zaiger for Appropriation, Publication of Private Information, False light and Defamation. The Order was issued by the Federal District Court in Western District of Virginia (Big Stone Gap/Abingdon division). In accordance with Rule 24(a)(3), Plaintiff files this appeal in continuation of her former permission to proceed *in forma pauperis*.

RESPECTFULLY

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, Virginia 23218

540.692.2342

mscottw@gmu.edu

## Certificate of Service

I, Melinda Scott, have mailed ONE (1) copy of this Notice of Appeal to Defendants: Joshua Moon, 3750 Don Janeal Rd, Pensacola, FL 32526 and Brian Ziager, 116 Lafeyette St, Salem MA 01970 on this ___28th___ day of ___January___, 2019.

Respectfully submitted,

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, Virginia 23218

540.692.2342

mscottw@gmu.edu

Pg 2 of 2