Melinda Scott
PO BOX 1133-20147PMB87
Richmond, VA 23218
January 28, 2019

Clerk / Western District
~~US Court of Appeals, 4th Circuit~~ 180 W Main St., rm 104
~~1100 East Main St., 5th floor~~   Abingdon, VA 24210
~~Richmond, VA 23219~~

        RE:    2:19cv00005
                  Petition

To the Clerk:

    Please find enclosed:

1. A notice of Appeal for 2:19cv0005
2. A Petition with regard to Pacer.gov

    In accordance with Rule 24(a)(3), the Plaintiff files this appeal in continuation of her former permission to proceed *in forma pauperis*.

                                                          Thank you,

                                                 Melinda Scott, *pro-se*
                                                 mscottw@gmu.edu