

KNOXVILLE TN 377

Melinda Scott
PO Box 1133-2014RMB8N
Richmond, VA 23218

Clerk
Western District of VA
180 W Main St., Rm 104
Abingdon, VA 24210

24210-285129